# MEMORANDA

OF

DECISIONS RENDERED WITHOUT WRITTEN OPIN-
IONS DURING THE PERIOD EMBRACED IN
THIS VOLUME.

---

No. 2,336.—J. H. LEYSON, Respondent, v. J. R. DAVEN-
PORT et al., Appellants.

*Appeal from District Court, Silver Bow County; Geo. M.
Bourquin, Judge.*

Decided January 8, 1907.

Per Curiam.—It is ordered that the appeal herein be, and
the same is hereby, dismissed in accordance with praecipe of
counsel for appellant, on file herein.

*Mr. C. M. Parr,* for Appellants.